**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| STARWOOD AIRPORT REALTY, | : No. 493 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| SCHOOL DISTRICT OF PHILADELPHIA, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 12th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.